USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**FRANK SENIOR,**

**Plaintiff,**

**-against-**

**SAILY INC.,**

**Defendant.**

**---------------------------------------------------------------X**

**26-CV-04934 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed a complaint on June 11, 2026, ECF No. 6, and Defendant executed a waiver of service on August 14, 2026, ECF No. 10. Thus, Defendant's deadline to respond to Plaintiff's complaint was October 13, 2026. See id. To date, Defendant has not filed a response.

Plaintiff is ORDERED to file a letter by Friday, October 23, 2026, indicating whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for default judgement.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 16, 2026
New York, New York